# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 376 |
| | : | |
| ADOPTION OF NEW RULES | : | MAGISTERIAL RULES DOCKET |
| GOVERNING STANDARDS OF | : | |
| CONDUCT OF MAGISTERIAL | : | |
| DISTRICT JUDGES | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of September, 2014, **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1-15 and 23 of the Rules Governing Standards of Conduct of Magisterial District Judges are rescinded effective December 1, 2014, and new Rules are adopted in the attached form.

     To the extent that notice of proposed rulemaking would otherwise be required by Pa.R.J.A. No. 103, the immediate promulgation of the new Rules is found to be in the interests of justice and efficient administration.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the new Rules shall be effective on December 1, 2014. A person to whom the new Rules become applicable shall comply with all provisions by December 1, 2014, except for Rules 3.4, 3.7, 3.8 and 3.11; such persons shall comply with Rules 3.4, 3.7, 3.8 and 3.11 as soon as reasonably possible and shall do so in any event by December 1, 2015.